FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 SEP 20 PM 4: 37

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

LENARD HARRIS, )
)
    Petitioner, )
)
v. ) Case No. CV406-173
)
SHERIFF AL ST. LAWRENCE, )
GEORGIA COURTS, and )
SAVANNAH CHILD SUPPORT, )
)
    Respondents. )

## ORDER

Let a copy of this Report and Recommendation be served upon petitioner and counsel for the respondents. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than October 5, 2006. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable B. Avant Edenfield, United States District Judge, on October 6, 2006. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this 20th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| LENARD HARRIS, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV406-173 |
| SHERIFF AL ST. LAWRENCE, GEORGIA COURTS, and SAVANNAH CHILD SUPPORT, | ) |
| Respondents. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ____ day of _____, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

LENARD HARRIS, )
)
    Petitioner, )
)
v. ) Case No. CV406-173
)
SHERIFF AL ST. LAWRENCE, )
GEORGIA COURTS, and )
SAVANNAH CHILD SUPPORT, )
)
    Respondents. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ____ day of _____, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA